**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Oakley, Inc.

Plaintiff,

v.

Case No.:
1:22–cv–01434

Honorable Steven
C. Seeger

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 6, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: With great reluctance, the Court grants the motion to approve consent judgment (Dckt. No. [72]). The Court does so because it will end the case. The Court continues to have significant misgivings, but will enter this consent judgment in the interest of expediency. Consent Judgment to follow. The case is over. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.